STATE OF NEW JERSEY v. JOSE ORTEGA.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LA FRANCE.

March 8, 1989.

Petition for certification granted. (See 224 *N.J.Super.* 364).

STATE OF NEW JERSEY v. ROBERT LA FRANCE.

March 8, 1989.

Cross-petition for certification granted. (See 224 *N.J.Super.* 364).

DIDIAN & CONSTRUCTION CO., INC., ETC. v. BOARD OF ADJUST-MENT OF PISCATAWAY TOWNSHIP.

March 8, 1989.

Petition for certification denied.